UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BASANG SERETYROV,<br>      Petitioner,<br><br>      v.<br><br>DAVID WESLING, *Acting Field Office Director*,<br>*Immigration and Customs Enforcement*,<br>MICHAEL KROL, *HSI New England Special*<br>*Agent in Charge,*<br>TODD LYONS, *Acting Director of U.S.*<br>*Immigration and Customs Enforcement* and<br>KRISTI NOEM*, Secretary of the U.S.*<br>*Department of Homeland Security*,<br>      Respondents. | CIVIL ACTION NO.<br>25-13933-BEM |

# **FINAL JUDGMENT**

MURPHY, D.J.

In accordance with this Court's Order (ECF #9) issued on January 6, 2026, granting in part the Petitioner's Writ of Habeas Corpus, it is hereby ORDERED:

Judgment for the Petitioner against the Respondents.

BY THE COURT,

*/s/ Marlene Martins*

DATED:   January 6, 2026                               Deputy Clerk